

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00155-CV

| | | |
|---|---|---|
| IN RE ARLINGTON INDEPENDENT SCHOOL DISTRICT, CODI VAN DUZEE, CARL LEWIS, JULIE ANDERSON, DR. GREG CARTWRIGHT, AND DR. MICHAEL HILL, Relator | § | Original Proceeding |
| | § | 96th District Court of Tarrant County, Texas |
| | § | Trial Court No. 096-338395-22 |
| | § | December 14, 2023 |
| | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered Relators' petition for writ of mandamus and all responsive filings and holds that the petition should be conditionally granted in part. Accordingly, we order the trial court to vacate its order granting the Real Parties in Interest Justin Williams and Rebekah Williams, a/n/f M.L.W.'s Rule 202 petition and to render an order denying the same. All other requested relief is denied.

It is further ordered that each party shall bear their own costs of this original proceeding.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Elizabeth Kerr_____
     Justice Elizabeth Kerr